UNITED STATES DISTRICT COUT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IVA HAUKENES<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.' TRANS UNION, LLC; SPRINT NEXTEL CORPORATION; and ENHANCED RECOVERY COMPANY, LLC;<br><br>Defendant. | No. 3:11-cv-05535-BHS<br><br>NOTICE OF APEARANCE |

Nigel S. Malden hereby enters his notice of appearance as counsel of record for plaintiff, IVA HAUKENES, in the above entitled case number, and hereby requests that all further communications be directed to him at the address, telephone, and fax number provided below.

Dated: This _10_ day of April, 2012

_(signature)_

Nigel S. Malden, WSBA # 15643
Attorney for Plaintiff Iva Haukenes

Notice of Appearance

- 1

NIGEL S. MALDEN LAW, PLLC
711 Court A, Suite 114
Tacoma, Wa. 98402
253-627-0393   253-573-1209 Fax