Alfred E. Donohue, WSBA# 32774
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA  98164-2050
Telephone: (206) 623-4100
Facsimile:  (206) 623-9273
E-mail: donohue@wscd.com

Rana Nader (CA SBN 247182)
*Admitted Pro Hac Vice*
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
Email: rnader@jonesday.com

Attorneys for Defendant,
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IVA HAUKENES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, SPRINT NEXTEL CORPORATION, and ENHANCED RECOVERY COMPANY, LLC,<br><br>　　　　Defendants. | Case No. 3:11-cv-05535 BHS<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE** |

1       WHEREAS Plaintiff Iva Haukenes ("plaintiff"), and defendant Experian Information Solutions, Inc. ("Experian"), have reached a resolution, IT IS HEREBY STIPULATED between plaintiff and Experian, by and through their undersigned counsel that all of plaintiff's claims against Experian in this action shall be dismissed with prejudice, each side to bear its own costs and attorneys' fees.

DATED: May 4, 2012

By: /s/ Rana Nader
    Rana Nader

Rana Nader (CA SBN 247182)
*Admitted Pro Hac Vice*
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
E-mail: rnader@jonesday.com

By: /s/ Alfred E. Donohue
    Alfred E. Donohue

Alfred E. Donohue, WSBA# 32774
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
Telephone: (206) 623-4100
Facsimile: (206) 623-9273
E-mail: donohue@wscd.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

DATED: May 4, 2012

By: /s/ Nigel S. Malden
    Nigel S. Malden

Nigel S. Malden
Nigel Malden Law PLLC
711 Court A Street, Suite 114
Tacoma, WA 98402
Telephone: (253) 627-0393
Facsimile: (253) 573-1209
Email: nm@nigelmaldenlaw.com

*Attorneys for Plaintiff*
*Iva Haukenes*

# PROOF OF SERVICE

I, Rana Nader, am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 4, 2012, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

STIPULATION RE DISMISSAL WITH PREJUDICE; PROPOSED ORDER

in a sealed envelope, postage fully paid, addressed as follows:

<u>Attorneys for Plaintiff:</u>
Niguel S. Malden
Nigel S. Malden Law PLLC
711 Court A, Suite 114
Tacoma, WA  98402
T:  (253) 627-0393
Email:  nm@nigelmaldenlaw.com

<u>Enhanced Recovery Company, LLC:</u>
Michele F. Martin
Smith, Gambrell & Russell, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL  32202
T:  (904) 598-6131
Email:  mmartin@sgrlaw.com

<u>Nextel West Corp:</u>
Bryan J. Case
Riddell Williams
1001 4th Avenue Plaza, Suite 4500
Seattle, WA  98154
T:  (206) 624-3600
Email:  bcase@riddellwilliams.com

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 4, 2012, at Irvine, California.

/s/ Rana Nader
Rana Nader

IRI-38410v1