1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IVA HAUKENES, | CASE NO. No. 3:11-cv-05535 BHS |
| Plaintiff, | |
| v. | ORDER RE DISMISSAL WITH PREJUDICE |
| EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, SPRINT NEXTEL CORPORATION, and ENHANCED RECOVERY COMPANY, LLC, | |
| Defendants. | |

ORDER RE DISMISSAL

JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612  Telephone (949) 851-3939

1
2   After considering the parties' Stipulation Regarding Dismissal with
3   Prejudice, IT IS HEREBY ORDERED that plaintiff Iva Haukenes' claims against
4   Defendant Experian Information Solutions, Inc., are hereby dismissed with
5   prejudice, with each party to bear its own costs and attorneys' fees.
6
7
8   Dated:  May 8, 2012
9
10
11  _____
12  BENJAMIN H. SETTLE
    United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER RE DISMISSAL
- 2 -

JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612  Telephone (949) 851-3939