UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IVA HAUKENES,

            Plaintiff,

   v.

EQUIFAX INFORMATION SERVICES LLC, et al.,

            Defendants.

CASE NO. C11-5535 BHS

ORDER GRANTING DEFENDANT'S MOTION TO COMPEL

      This matter comes before the Court on Defendant Enhanced Recovery Company, LLC's ("ERC"), motion to compel (Dkt. 71).

      On June 28, 2012, ERC filed the instant motion asserting that Plaintiff Iva Haukenes ("Haukenes") failed to respond to ERC's interrogatories and requests for production. Dkt. 71. Haukenes did not respond. On July 13, 2012, ERC replied and asserted that, although Haukenes had responded to the interrogatories, Haukenes had not responded to the requests for production. Dkt. 74.

ORDER - 1

1    If a party fails to respond to discovery, the party propounding the discovery
2 requests may move for an order to compel responses.  Fed. R. Civ. P. 37.
3    In this case, the only material in the record reflects that Haukenes has failed to
4 respond to ERC's requests for production.  The Court considers Haukenes's failure to
5 respond to ERC's assertions as an admission that ERC's assertions are meritorious.
6 Local Rule CR 7(b)(2).  Therefore, the Court **GRANTS** ERC's motion and Haukenes
7 must respond to ERC's discovery requests no later than July 30, 2012.
8    Dated this 23rd day of July, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge