The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IVA HAUKENES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION LLC, et al.,<br><br>　　　　Defendants. | No. 3:11-cv-05535-BHS<br><br>DEFENDANT NEXTEL WEST CORP.'S RESPONSE TO PLAINTIFF'S MOTION TO CONTINUE TRIAL AND TO REVISE RELEVANT DATES<br><br>**NOTED ON MOTION CALENDAR:**<br>**August 3, 2012** |

Defendant Nextel West Corp. does not object to continuing the trial date and other dates expressly listed in Plaintiff's Motion to Continue Trial and to Revise Relevant Dates (Dkt. No. 77) to the dates proposed therein.

DATED this 30th day of July, 2012.

　　　　　　　　　　RIDDELL WILLIAMS P.S.


　　　　　　　　　　By /s/ Gavin W. Skok
　　　　　　　　　　　Gavin W. Skok, WSBA #29766
　　　　　　　　　　　Bryan J. Case, WSBA #41781
　　　　　　　　　　　1001 Fourth Avenue, Suite 4500
　　　　　　　　　　　Seattle, WA 98104
　　　　　　　　　　　gskok@riddellwilliams.com
　　　　　　　　　　　bcase@riddellwilliams.com
　　　　　　　　　　　Attorneys for Defendant

NEXTEL WEST CORP.'S RESPONSE TO PLAINTIFF'S
MOTION TO CONTINUE TRIAL AND TO REVISE RELEVANT
DATES - (No. 3:11-cv-05535 BHS) - 1
4819-6947-5088.01

RIDDELL WILLIAMS P.S.
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

## CERTIFICATE OF SERVICE

I, Jan Shered, declare as follows:

I am over 18 years of age and a citizen of the United States. I am employed as a legal secretary by the law firm of Riddell Williams P.S.

On the date noted below I electronically filed the foregoing document using the CM/ECF system and caused to be delivered true and accurate copies of the same upon the following:

| | |
|---|---|
| *Attorney for Plaintiff*<br>Nigel S. Malden<br>Nigel S. Malden Law, PLLC<br>711 Court A, Suite 114<br>Tacoma, WA 98402<br>Tel: 253 627 0393<br>Fax: 253 573 1209<br>nm@nigelmaldenlaw.com | ☐ U.S. Mail<br>☐ By Facsimile<br>☐ By Messenger<br>☐ By Federal Express<br>☒ Via CM/ECF |
| *Attorneys for Defendant Enhanced Recovery Company, LLC*<br>Pamela M. Andrews<br>Stephen G. Skinner<br>Andrews Skinner, P.S.<br>645 Elliott Avenue West, Suite 350<br>Seattle, WA 98119<br>Pamela.andrews@andrews-skinner.com<br>Stephen.skinner@andrews-skinner.com<br>Jane.johnson@andrews.skinner.com | ☐ U.S. Mail<br>☐ By Facsimile<br>☐ By Messenger<br>☐ By Federal Express<br>☒ Via CM/ECF |
| *Attorneys for Enhanced Recovery Company LLC*<br>Albert R. Limberg<br>James K. Schultz<br>Sessions Fishman Nathan & Israel LLC<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108<br>alimberg@sessions-law.biz<br>jschultz@sessions-law.biz | ☐ U.S. Mail<br>☐ By Facsimile<br>☐ By Messenger<br>☐ By Federal Express<br>☒ Via CM/ECF |

NEXTEL WEST CORP.'S RESPONSE TO PLAINTIFF'S
MOTION TO CONTINUE TRIAL AND TO REVISE RELEVANT
DATES - (No. 3:11-cv-05535 BHS) - 2
4819-6947-5088.01

RIDDELL WILLIAMS P.S.
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

1 | I declare under penalty of perjury under the laws of the State of Washington
2 | that the foregoing is true and correct.
3 | DATED this 30th day of July, 2012.

_/s/ Jan Sherred_
Jan Sherred

NEXTEL WEST CORP.'S RESPONSE TO PLAINTIFF'S
MOTION TO CONTINUE TRIAL AND TO REVISE RELEVANT
DATES - (No. 3:11-cv-05535 BHS) - 3
4819-6947-5088.01

RIDDELL WILLIAMS P.S.
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600