The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IVA HAUKENES,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, NEXTEL WEST CORP., and ENHANCED RECOVERY COMPANY, LLC,<br><br>Defendants. | No. 3:11-cv-05535-BHS<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR PRECLUSION OF EVIDENCE** |

Defendant Nextel West Corp. hereby withdraws its Motion for Preclusion of Evidence (Dkt. No. 75) against Plaintiff Iva Haukenes, which is noted on the motions calendar for August 10, 2012.

//

//

//

//

//

NOTICE OF WITHDRAWAL OF MOTION
(No. 3:11-cv-05535 BHS) - 1
4820-4229-1216.01

RIDDELL WILLIAMS P.S.
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

DATED this 7th day of August, 2012.

RIDDELL WILLIAMS P.S.

By /s/ *Gavin W. Skok*
Gavin W. Skok, WSBA #29766

By /s/ *Bryan J. Case*
Bryan J. Case, WSBA #41781
Attorneys for Defendant Nextel West Corp.

NOTICE OF WITHDRAWAL OF MOTION
(No. 3:11-cv-05535 BHS) - 2
4820-4229-1216.01

RIDDELL WILLIAMS P.S.
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

## CERTIFICATE OF SERVICE

I, Leili Moore, declare as follows:

I am over 18 years of age and a citizen of the United States. I am employed as a legal secretary by the law firm of Riddell Williams P.S.

On the date noted below I electronically filed the foregoing document using the CM/ECF system and caused to be delivered true and accurate copies of the same upon the following:

| | |
|---|---|
| *Attorney for Plaintiff*<br>Nigel S. Malden<br>Nigel S. Malden Law, PLLC<br>711 Court A, Suite 114<br>Tacoma, WA 98402<br>Tel: 253 627 0393<br>Fax: 253 573 1209<br>nm@nigelmaldenlaw.com | ☐ U.S. Mail<br>☐ By Facsimile<br>☐ By Messenger<br>☐ By Federal Express<br>☒ Via CM/ECF |
| *Attorneys for Defendant Enhanced Recovery Company, LLC*<br>Pamela M. Andrews<br>Stephen G. Skinner<br>Andrews Skinner, P.S.<br>645 Elliott Avenue West, Suite 350<br>Seattle, WA 98119<br>Pamela.andrews@andrews-skinner.com<br>Stephen.skinner@andrews-skinner.com<br>Jane.johnson@andrews.skinner.com | ☐ U.S. Mail<br>☐ By Facsimile<br>☐ By Messenger<br>☐ By Federal Express<br>☒ Via CM/ECF |

NOTICE OF WITHDRAWAL OF MOTION
(No. 3:11-cv-05535 BHS) - 3
4820-4229-1216.01

RIDDELL WILLIAMS P.S.
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

| | |
|---|---|
| *Attorneys for Enhanced Recovery Company LLC*<br>Albert R. Limberg<br>James K. Schultz<br>Sessions Fishman Nathan & Israel LLC<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108<br>alimberg@sessions-law.biz<br>jschultz@sessions-law.biz | ☐ U.S. Mail<br>☐ By Facsimile<br>☐ By Messenger<br>☐ By Federal Express<br>☒ Via CM/ECF |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 7th day of August, 2012.

*/s/ Leili Moore*
Leili Moore

NOTICE OF WITHDRAWAL OF MOTION
(No. 3:11-cv-05535 BHS) - 4
4820-4229-1216.01

RIDDELL WILLIAMS P.S.
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600