UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IVA HAUKENES,

        Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES LLC, et al.,

        Defendants.

CASE NO. C11-5535 BHS

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINES

       This matter comes before the Court on Plaintiff's unopposed motion to extend deadlines. Dkt. 77.

       The Court may modify a scheduling order for good cause. Fed. R. Civ. P. 16(b)(4). In this case, the parties have shown good cause to modify some of the deadlines. The Court finds, however, that there is not good cause to extend all of the deadlines as requested. Therefore, the Court grants the motion in part and denies it in part and sets deadlines as follows:

ORDER - 1

Depositions Completed by: 9/26/2012

Dispositive motions: 10/4/2012

**IT IS SO ORDERED.**

Dated this 22nd day of August, 2012.

BENJAMIN H. SETTLE
United States District Judge