The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IVA HAUKENES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, NEXTEL WEST CORP., and ENHANCED RECOVERY COMPANY, LLC,<br><br>　　　　Defendant. | No. 3:11-cv-05535-BHS<br><br>**NOTICE OF SETTLEMENT**<br><br>(Clerk's Action Required) |

　　NOTICE IS HEREBY GIVEN that this case has been settled. Plaintiff Iva Haukenes and Defendants Enhanced Recovery Corporation, LLC and Nextel West Corp. anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days.

　　The parties jointly request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after November 5, 2012 for filing dispositional documents.

NOTICE OF SETTLEMENT - (No. 3:11-cv-05535 BHS) - 1
4838-3802-8049.01

RIDDELL WILLIAMS P.S.
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

DATED this 9th day of October, 2012.

RIDDELL WILLIAMS P.S.

By /s/ Gavin W. Skok
Gavin W. Skok, WSBA #29766
Bryan J. Case, WSBA #41781
*Attorneys for Defendant Nextel*

NIGEL S. MALDEN LAW, PLLC

By: /s/ Gavin W. Skok (authorized via email)
Nigel S. Malden, WSBA #15643
711 Court A, Suite 114
Tacoma, WA 98402
nm@nigelmaldenlaw.com
*Attorneys for Plaintiff*

ANDREWS SKINNER P.S.

By: /s/ Gavin W. Skok (authorized via email)
Pamela Andrews, WSBA #14248
Stephen Skinner, WSBA #17317
645 Elliott Avenue West, Suite 350
Seattle, WA 98119
pamela.andrews@andrews-skinner.com
stephen.skinner@andrews-skinner.com

Albert R. Limberg
James K. Schultz
SESSIONS FISHMAN NATHAN & ISRAEL LLC
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
alimberg@sessions-law.biz
jschultz@sessions-law.biz
*Attorneys for Enhanced Recovery Company*

NOTICE OF SETTLEMENT - (No. 3:11-cv-05535 BHS) - 2
4838-3802-8049.01

RIDDELL WILLIAMS P.S.
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

## CERTIFICATE OF SERVICE

I, Leili Moore, declare as follows:

I am over 18 years of age and a citizen of the United States. I am employed as a legal secretary by the law firm of Riddell Williams P.S.

On the date noted below I electronically filed the foregoing document using the CM/ECF system and caused to be delivered true and accurate copies of the same upon the following:

| | |
|---|---|
| *Attorney for Plaintiff*<br>Nigel S. Malden<br>Nigel S. Malden Law, PLLC<br>711 Court A, Suite 114<br>Tacoma, WA  98402<br>Tel:  253 627 0393<br>Fax:  253 573 1209<br>nm@nigelmaldenlaw.com | ☐ U.S. Mail<br>☐ By Facsimile<br>☐ By Messenger<br>☐ By Federal Express<br>☒ Via CM/ECF |
| *Attorneys for Defendant Enhanced Recovery Company, LLC*<br>Pamela M. Andrews<br>Stephen G. Skinner<br>Andrews Skinner, P.S.<br>645 Elliott Avenue West, Suite 350<br>Seattle, WA  98119<br>Pamela.andrews@andrews-skinner.com<br>Stephen.skinner@andrews-skinner.com<br>Jane.johnson@andrews.skinner.com | ☐ U.S. Mail<br>☐ By Facsimile<br>☐ By Messenger<br>☐ By Federal Express<br>☒ Via CM/ECF |
| *Attorneys for Enhanced Recovery Company LLC*<br>Albert R. Limberg<br>James K. Schultz<br>Sessions Fishman Nathan & Israel<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108<br>alimberg@sessions-law.biz<br>jschultz@sessions-law.biz | ☐ U.S. Mail<br>☐ By Facsimile<br>☐ By Messenger<br>☐ By Federal Express<br>☒ Via CM/ECF |

NOTICE OF SETTLEMENT - (No. 3:11-cv-05535 BHS) - 3
4838-3802-8049.01

RIDDELL WILLIAMS P.S.
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

1 | I declare under penalty of perjury under the laws of the State of Washington
2 | that the foregoing is true and correct.
3 | DATED this 9th day of October, 2012, at Seattle, Washington.

*Leili Moore*
Leili Moore

NOTICE OF SETTLEMENT - (No. 3:11-cv-05535 BHS) - 4
4838-3802-8049.01

RIDDELL WILLIAMS P.S.
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600